IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SANDRA CARTWRIGHT
                                                                                     PLAINTIFF

v.                                CASE NO: 1:15-CV-00115 BSM

COCA-COLA REFRESHMENTS USA, INC.,
RANDSTAD PROFESSIONALS US, LP, d/b/a
RANDSTAD MANAGED SERVICES; RANDSTAD
GENERAL PARTNER (US) LLC; AND INSYNC
STAFFING LLC
                                                                              DEFENDANTS

v.

RANDSTAD PROFESSIONALS US, LP, d/b/a
RANDSTAD MANAGED SERVICES and
RANDSTAD GENERAL PARTNER (US) LLC       THIRD-PARTY DEFENDANTS

## ORDER

      Plaintiff Sandra Cartwright's motion to approve a settlement [Doc. No. 66] is granted and defendants' motion for summary judgment [Doc. No. 55] is denied as moot.

      Arkansas's workers' compensation statute requires that settlements of certain claims must be approved by a court or the Arkansas Workers' Compensation Commission when those claims involve possible subrogation by employers and third-party insurers. *See* Ark. Code Ann. § 11-9-410(c)(1). The law requires that interested third parties be afforded "reasonable notice and opportunity" to intervene and assert a right to a lien on recovered proceeds. *Id.* §§ 11-9-410(a)(1)(A), (a)(1)(B). Moreover, three days'

written notice of a proposed settlement must be given to all interested parties. *Id.* § 11-9-410(c)(3).

Plaintiffs gave written notice of this proposed settlement to all interested third parties on October 30, 2017. Doc No. 66, ¶ 6. No third party has asked to intervene or objected to the settlement and the time for doing so has passed. *See also Northwest Arkansas Area Agency on Aging v. Golmon*, 15 S.W.3d 363, 366–67 (Ark. Ct. App. 2000). The settlement is therefore approved.

IT IS SO ORDERED this 16th day of November 2017.

*[signature: Brian S. Miller]*

UNITED STATES DISTRICT JUDGE