# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**SANDRA CARTWRIGHT**                                                **PLAINTIFF**

**v.**                          **CASE NO: 1:15-CV-00115 BSM**

**COCA-COLA REFRESHMENTS USA, INC.,**
**RANDSTAD PROFESSIONALS US, LP, d/b/a**
**RANDSTAD MANAGED SERVICES; RANDSTAD**
**GENERAL PARTNER (US) LLC; AND INSYNC**
**STAFFING LLC**                                                **DEFENDANTS**

**v.**

**RANDSTAD PROFESSIONALS US, LP, d/b/a**
**RANDSTAD MANAGED SERVICES and**
**RANDSTAD GENERAL PARTNER (US) LLC**      **THIRD-PARTY DEFENDANTS**

## ORDER

The parties' joint motion to dismiss [Doc. No. 69] is granted, and the case is dismissed

with prejudice.

IT IS SO ORDERED this 27th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE