**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**SANDRA CARTWRIGHT**                                                              **PLAINTIFF**

**v.**                                    **CASE NO: 1:15-CV-00115 BSM**

**COCA-COLA REFRESHMENTS USA, INC.,**
**RANDSTAD PROFESSIONALS US, LP, d/b/a**
**RANDSTAD MANAGED SERVICES; RANDSTAD**
**GENERAL PARTNER (US) LLC; AND INSYNC**
**STAFFING LLC**                                                              **DEFENDANTS**

**v.**

**RANDSTAD PROFESSIONALS US, LP, d/b/a**
**RANDSTAD MANAGED SERVICES and**
**RANDSTAD GENERAL PARTNER (US) LLC**      **THIRD-PARTY DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE